# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF LIVINGSTON, ) | CASE NO. 05-cv-03262 JSW |
| Plaintiff, ) | |
| ) | ORDER PERMITTING |
| v. ) | REFUND OF FEE TENDERED |
| ) | IN CONNECTION WITH |
| ) | APPLICATION FOR ADMISSION |
| THE DOW CHEMICAL COMPANY, et al. ) | OF ATTORNEY *PRO HAC VICE* |
| Defendants. ) | |

P. Scott Summy, an active member in good standing of the State Bar of Texas, whose business address and telephone number is Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219-4281, (214) 521-3605, having filed a Motion for Refund of Fee Tendered in Connection with Application for Admission of Attorney *Pro Hac Vice* representing Plaintiff, CITY OF LIVINGSTON,

IT IS HEREBY ORDERED that the Motion is granted, and that the clerk of this Court shall refund the application fee of $210.00 to Baron & Budd, P.C. at the address shown herein.

Dated: __October 14__, 2005

/s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
United States District Judge

- 1 -
ORDER PERMITTING REFUND OF FEE TENDERED IN CONNECTION WITH
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. 05-cv-03262 JSW