# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF LIVINGSTON, | ) CASE NO. 05-cv-03262 JSW |
| Plaintiff, | ) **ORDER GRANTING MOTION** |
| v. | ) **TO WITHDRAW APPLICATION** |
| THE DOW CHEMICAL COMPANY, et al. | ) **FOR ADMISSION *PRO HAC VICE*** |
| Defendants. | ) |

John L. Yates, an active member in good standing of the bar of the United States Supreme Court and the State Bar of Texas, whose business address and telephone number is Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219-4281, (214) 521-3605, having filed a Motion to Withdraw Application of Attorney *Pro Hac Vice* representing Plaintiff, CITY OF LIVINGSTON.

IT IS HEREBY ORDERED that the Motion is granted, and the Application for Admission of Attorney *Pro Hac Vice* is hereby withdrawn.

Dated: October 14, 2005

THE HONORABLE JEFFREY S. WHITE
United States District Judge

- 1 -